# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2019AP2033 |

| | |
|---|---|
| COMPLETE TITLE: | In the matter of the mental commitment of E. R. R.: |
| | Portage County, Petitioner-Respondent, v. E. R. R., Respondent-Appellant-Petitioner. |

REVIEW OF DECISION OF THE COURT OF APPEALS
Reported at 392 Wis. 2d 909,945 N.W.2d 375
(2020 – unpublished)

| | |
|---|---|
| OPINION FILED: | March 9, 2021 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | December 10, 2020 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | Circuit |
| COUNTY: | Portage |
| JUDGE: | Thomas B. Eagon |

JUSTICES:
PER CURIAM. The court of the appeals' decision is affirmed by an equally divided court.
NOT PARTICIPATING:
ANN WALSH BRADLEY, J., withdrew from participation

ATTORNEYS:
For the respondent-appellant-petitioner, there were briefs filed by *Colleen Marion,* assistant state public defender. There was an oral argument by *Colleen Marion*.

For the petitioner-respondent, there was a brief filed by *Brianna L. Sweeney,* interim deputy corporation counsel, and *Tiffany R. Wunderlin,* corporation counsel. There was an oral argument by *Brianna L. Sweeney.*

An amicus curiae brief was filed on behalf of Disability Rights Wisconsin by *Guy R. Temple, Claudia T. Brokish* and *Reinhart Boerner Van Duren, S.C.*, Milwaukee.

No. 2019AP2033
(L.C. No. 2018ME88)

STATE OF WISCONSIN : IN SUPREME COURT

**In the matter of the mental commitment of E. R. R.:**

**Portage County,**

        **Petitioner-Respondent,**

    **v.**

**E. R. R.,**

        **Respondent-Appellant-Petitioner.**

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

**FILED**

**MAR 9, 2021**

Sheila T. Reiff
Clerk of Supreme Court

REVIEW of a decision of the Court of Appeals. *Affirmed.*

¶1 PER CURIAM. The court of appeals' decision is affirmed by an equally divided court.

¶2 ANN WALSH BRADLEY, J., withdrew from participation.